UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

FREDDIE L. WILLIAMS, on behalf of himself and all others similarly situated,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant.

Case No. 4:22-cv-92

## ORDER OF DISMISSAL

WHEREAS Plaintiff Freddie Williams, by counsel, has alleged in a Class Action Complaint that Defendant Experian Information Solutions, Inc. ("Experian") (collectively, Plaintiff and Experian are "the Parties"), failed to comply with certain legal requirements of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.* ("FCRA"), in this Action;

WHEREAS Experian denies having violated any legal requirements of the FCRA;

WHEREAS, the Parties have reached a settlement of Plaintiff's claims in this Action; and

WHEREAS, the Parties have not reached any settlement of any putative class claim in this Action, and where no absent putative class member is releasing any claim against Experian;

THEREFORE, pursuant to the agreement and consent of the Parties and for other good cause shown, the Court hereby ORDERS as follows:

This matter is hereby dismissed with prejudice as to the Plaintiff and dismissed without prejudice as to the putative class.

Dated: 1-12-23

/s/
Rebecca Beach Smith
Senior United States District Judge
Judge Rebecca Beach Smith